[No. 20503-7-III.   Division Three.   October 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERREL WINSLOW MOSES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-00913-9, Michael W. Leavitt, J., entered August 30, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[Nos. 26346-7-II; 27834-1-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWEY BRUCE REED, *Appellant*.

*In the Matter of the Personal Restraint of* DEWEY BRUCE REED, *Petitioner*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00449-8, Christine A. Pomeroy, J., entered August 15, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 27009-9-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PRENTERS BROUGHTON III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00828-9, Frederick W. Fleming, J., entered February 2, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.